**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2295**

In re: JEFFREY BRIAN COHEN,

    Petitioner.

On Petition for Writ of Mandamus.  (1:14-cr-00310-GLR-1; 1:18-cv-02661-GLR)

Submitted:  December 17, 2019      Decided:  December 19, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jeffrey Brian Cohen, Petitioner Pro Se.  Harry Mason Gruber, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several motions filed in his pending 28 U.S.C. § 2255 (2012) proceeding—specifically, his motion for summary judgment and motions for judicial notice and a hearing pursuant to Fed. R. Evid. 201. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*